No. 1825, Misc. CAMPBELL v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1850, Misc. PLOSS v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1860, Misc. MONTGOMERY ET AL. v. MARYLAND. Ct. App. Md. Certiorari denied. *Robert J. Carson* for petitioners.

No. 1863, Misc. MIKE v. NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 1866, Misc. HOWARD v. NEW YORK; and
No. 1901, Misc. MILES v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Jonathan L. Rosner* for petitioner in No. 1866, Misc. *Frank S. Hogan* and *Michael R. Juviler* for respondent in both cases. Reported below: 23 N. Y. 2d 527, 245 N. E. 2d 688.

No. 1886, Misc. PALMER v. PROCUNIER, CORRECTIONS DIRECTOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1894, Misc. MORALES v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 1905, Misc. STEVENSON v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1906, Misc. DIAMOND v. NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1908, Misc. BAKER ET AL. v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.